UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN JR., *on behalf of himself and all others similarly situated*,

Plaintiff,

-against-

FASHION INSTITUTE OF TECHNOLOGY,

Defendant.

Case No.: 18-cv-02586

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, FASHION INSTITUTE OF TECHNOLOGY, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
John William Egan, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 248-5500
JEgan@seyfarth.com

Date: 8/31/2018

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 08/31/18

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge

Dated: September 4, 2018